■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL A. CONTI, on Behalf of ROCCO PANETTA, Petitioner, v WARDEN OF NASSAU COUNTY CORRECTIONAL FACILITY, Respondent. [676 NYS2d 184] —Writ of habeas corpus in the nature of an application for bail reduction upon Nassau County Indictment Nos. 91362 and 91369, or to release the defendant on his own recognizance.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the County Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Miller, J. P., Copertino, Pizzuto and Santucci, JJ., concur.